### 7212.    HARRIS v. THE STATE.

BROYLES, J.  The verdict was supported by the evidence; no error of law is complained of; and the court did not err in overruling the motion for a new trial.    *Judgment affirmed.    Russell, C. J., absent.*
DECIDED APRIL 17, 1916.

Accusation of sale of liquor; from city court of Carrollton—Judge Beall.    December 20, 1915.

*Smith & Smith,* for plaintiff in error.

*C. E. Roop, solicitor,* contra.

---

### 7223.    BUTLER v. THE STATE.

BROYLES, J.  The conviction depending wholly upon circumstantial evidence, it was reversible error for the court to fail to instruct the jury as to the law of circumstantial evidence, though not requested to charge thereon.    *Judgment reversed.    Russell, C. J., absent.*
DECIDED APRIL 17, 1916.

Accusation of larceny; from city court of Dublin—Judge Hicks. June 13, 1916.

*W. A. Dampier,* for plaintiff in error.

*S. P. New, solicitor,* contra.

---

### 7226.    McKAY v. THE STATE.

BROYLES, J.  1.  When the entire charge is considered, no material error appears in the excerpts complained of, or in the failure of the court to give the requested instructions.

2. The evidence authorized the verdict, and the court did not err in overruling the motion for a new trial.
*Judgment affirmed.    Russell, C. J., absent.*
DECIDED APRIL 17, 1916.

Conviction of manslaughter; from Houston superior court—Judge Mathews.    December 23, 1915.

*John R. Cooper, R. H. Johnson, Dean Newman,* for plaintiff in error.

*John P. Ross, solicitor-general,* contra.